# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. CLIFTON, | ) 1:08-cv-00193-AWI-SMS |
| | ) |
| Plaintiff, | ) ORDER DETERMINING THAT SERVICE IS |
| | ) APPROPRIATE (DOC. 15) |
| | ) |
| v. | ) ORDER DIRECTING THE CLERK TO SEND |
| | ) SPECIFIED SERVICE DOCUMENTS TO |
| BOB EDWARD BYRD, Tulare County | ) PLAINTIFF WITH THIS ORDER |
| Sheriff's Officer, et al., | ) |
| | ) ORDER DIRECTING PLAINTIFF TO |
| Defendants. | ) SUBMIT SERVICE DOCUMENTS TO THE |
| | ) COURT |
| | ) |

ORDER DIRECTING THE CLERK TO
FORWARD ANY SERVICE DOCUMENTS
SUBMITTED TO THE MARSHAL FOR
SERVICE OF PROCESS

ORDER DIRECTING THE MARSHAL TO
SERVE DEFENDANTS UPON THE
MARSHAL'S RECEIPT OF DOCUMENTS

Plaintiff is proceeding pro se and with counsel with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

/////

1

1    I. <u>Service of the Complaint</u>

2         A. <u>Service is Appropriate</u>

3    On April 18, 2008, the Court dismissed Plaintiff's initial

4    complaint with leave to file an amended complaint. On May 22,

5    2008, Steven M. Bauer, Michele F. Kyrouz, and Viviann C. Stapp of

6    Latham & Watkins LLP and Rhonda L. Donato of the Northern

7    California Innocence Project substituted in as Plaintiff's

8    counsel of record. After an extension of time, they filed on June

9    26, 2008, a first amended complaint.

10        The Court concludes that in view of the nature of the claim

11   and the posture of this case, further screening at this juncture

12   is unnecessary, and it is appropriate to order service of the

13   complaint against both Defendants, Phillip J. Cline, District

14   Attorney for the County of Tulare, and Edmund G. Brown, Jr.,

15   Attorney General of the State of California.

16        B. <u>Directions to the Marshal</u>

17        Accordingly, when appropriate service documents are

18   submitted to the Court and forwarded to the Marshal, the United

19   States Marshal SHALL SERVE the complaint.

20        B. <u>Directions to the Clerk and to Plaintiff</u>

21        Service IS appropriate for the following defendants: Phillip

22   J. Cline, District Attorney for the County of Tulare, and Edmund

23   G. Brown, Jr., Attorney General of the State of California.

24        Accordingly,

25        1) The Clerk of the Court shall send Plaintiff two USM-285

26   form, two summons, an instruction sheet, a notice of submission

27   of documents form, and one copy of the first amended complaint

28   filed in this Court on June 26, 2008;

2) Within thirty days from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

       a. Completed summons;

       b.  One completed USM-285 form for each defendant listed above; and

       c. Three copies of the endorsed complaint filed in this Court.

Plaintiff need not attempt service on defendants and need not request waiver of service.

Upon receipt of the documents described above, the Clerk of the Court SHALL FORWARD them to the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order.  Local Rule 11-110.**

**IT IS SO ORDERED.**

**DATED:  JULY 3, 2008**

                         **/s/ Sandra M. Snyder**

                         **SANDRA M. SNYDER**

                         **U.S. MAGISTRATE JUDGE**