1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  CHRISTOPHER J. BECKER, State Bar No. 230529
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 322-2201
8   Fax:  (916) 324-5205
    Email:  Christopher.Becker@doj.ca.gov
9
   Attorneys for Defendant Edmund G. Brown
10

11
            IN THE UNITED STATES DISTRICT COURT
12
         FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                    FRESNO DIVISION
14

15  **OSCAR A. CLIFTON,**                          1:08-cv-00193 AWI SMS

16                                  Plaintiff,     **STIPULATION AND ORDER
                                                   EXTENDING DEFENDANTS
17          v.                                     TIME TO FILE A
                                                   RESPONSIVE PLEADING**
18  **BOB EDWARD BYRD, Tulare County Sheriff's
    Officer, et al.,**
19
                                  Defendants.
20

21

22          Plaintiff's original complaint in this matter was filed on February 7, 2008, and an

23  amended complaint was filed on June 26, 2008.  On July 17, 2008, the United States Marshals

24  Office served Defendants Cline and Brown with a waiver of summons of service.  Therefore, a

25  responsive pleading is due on September 15, 2008.  The parties stipulate, and ask the Court to

26  enter as an Order, that Defendants be given to October 15, 2008, to file responsive pleadings.

27  The parties further stipulate that, upon filing of a responsive motion, Plaintiff will have thirty

28  days to respond, and accordingly Defendants will have fifteen days from the date the opposition

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS TIME TO FILE A
RESPONSIVE PLEADING**

1  briefs are filed to file reply briefs.

2

3  Dated:    9/15/08                          */s/ Christopher J. Becker*

4                                             _____
                                             Christopher J. Becker
5                                            Deputy Attorney General
                                             Counsel for Defendant Edmund G. Brown
6

7  Dated.    9/15/08                          */s/ Kathleen A. Taylor*

8                                             _____
                                             Kathleen A. Taylor
9                                            Counsel for Defendant Phil Cline

10

11
   Dated:    9/15/08                          */s/ Michele F. Kyrouz*
12

13                                            _____
                                             Michele F. Kyrouz
                                             Counsel for Plaintiff
14

15  IT IS SO ORDERED.

16  **Dated:    September 16, 2008**          _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS TIME TO FILE A RESPONSIVE PLEADING**

2