IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. CLIFTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOB EDWARD BYRD, Tulare County,<br>Sheriff's Officer, et al.,<br><br>　　　　　Defendants. | NO. 1:08-CV-00193-AWI-SMS<br><br>ORDER VACATING<br>DECEMBER 22, 2008<br>HEARING DATE AND<br>TAKING MATTER UNDER<br>SUBMISSION |

　　Defendant Brown's motion to dismiss has been set for hearing in this case on December 22, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 22, 2008, is VACATED, and the parties shall not appear at that time. As of December 22, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　December 17, 2008　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE