# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR A. CLIFTON,** ) | 1: 08-CV- 0193 AWI SMS |
| ) | |
| **Plaintiff**, ) | ORDER GRANTING REQUEST FOR |
| ) | MORE TIME |
| v. ) | |
| ) | |
| **PHILLIP J. CLINE, District Attorney** ) | |
| **for the County of Tulare; EDMUND G.** ) | |
| **BROWN, JR., Attorney General for the** ) | |
| **State of California**, ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

Having considered the facts and representations of counsel set forth in their Stipulation, the Court hereby ORDERS:

Defendant shall file his Reply on or before August 26, 2009, and the hearing on the Motion to Dismiss shall be continued to September 21, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **August 25, 2009**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE