IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR A. CLIFTON (B-76889),<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP J. CLINE, District Attorney for<br>the County of Tulare, et al.,<br><br>　　　　　　Defendants. | NO. 1:08-CV-00193-AWI-SMS<br><br>ORDER VACATING<br>SEPTEMBER 21, 2009 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

　　　Defendants' motion to dismiss has been set for hearing in this case on September 21, 2009.  The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 21, 2009, is VACATED, and the parties shall not appear at that time.  As of September 21, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 16, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE